IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-369-D

COLORADO BANKERS LIFE                )
INSURANCE COMPANY,                   )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )          **ORDER**
                                     )
HAMPTON ASSET MANAGEMENT, LLC,       )
                                     )
                    Defendant.       )

The court has reviewed the record and the governing law.  After considering plaintiff's

motion to consolidate [D.E. 29], and plaintiff/counter-defendant's partial motion to dismiss the

second and third counterclaims [D.E. 23], the motions are DENIED as meritless.  Whether the

counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED.  This _20_ day of July 2021.

                                    _J__Dever_____
                                    JAMES C. DEVER III
                                    United States District Judge